

## Dashboard

### TFS Payment Summary

Edit Bank Account Information

Edit Payment Schedule & Amount

**Total Amount Paid**
**$15,000.00**

**Payment Amount**
**$625.00**

Payments will continue until a final payment date is specified

Your appointed Trustee, **Krista M. Preuss** is scheduled to be paid **Monthly / On a particular day**

Make a One-Time Payment

Stop All Payments

### Frequently Asked Questions

Our support site has answers to some of the most commonly asked questions, including:

How long do payments take to arrive?

What is the difference between pending and scheduled?

Can I use a debit or credit card?

### Track Your TFS Payments by Email

Did you know that you can receive email notifications when your payment is started, has cleared our system, and has arrived at the trustee? You can mix and match notifications as well! Turn on notifications and always stay up to date about your payments!

Turn on payment notification emails now!

⇄ Upcoming Transactions

| Date | Payee | Type | Amount | TFS Fee | Total |
|---|---|---|---|---|---|
| April 15, 2021 | Krista M. Preuss | Trustee Payment | $625.00 | $3.99 | $628.99 |

⇄ Processing Transactions

There are no processing transactions.

⇄ Recent Transactions

≡ View All Transactions

| Date | Payee | Type | Status | Amount | TFS Fee |
|---|---|---|---|---|---|
| March 15, 2021 | Krista M. Preuss | Trustee Payment | Complete | $625.00 | $3.99 |