UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:

MICHAEL FRIEDLANDER

Chapter 13

Case No. 18-22882-CGM

Debtor(s)

-----------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION OF PLAN PAYMENTS

    THOMAS C. FROST, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York
      AUGUST 31, 2023

/s/ Thomas C. Frost
Thomas C. Frost
Chapter 13 Trustee
399 Knollwood Road, Suite 102
White Plains, New York 10603
914-328-6333